**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 4 2015

JAMES W. McCORMACK, CLERK
By: /s/ Kathy Swanson
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 4:15-CR-00041 JLH |
| ) | **FILED UNDER SEAL** |
| vs. ) | 18 U.S.C. § 844(i) |
| ) | 18 U.S.C. § 844(f)(1) and (2) |
| DONALD AARON ) | 18 U.S.C. § 3013 |
| ) | 18 U.S.C. § 3571 |
| ) | 18 U.S.C. § 3583 |

**MOTION TO SEAL INDICTMENT**

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, for the safety of law enforcement agents who will attempt to execute the arrest warrants and to guard against the risk of flight, the United States requests that the above-styled Indictment be sealed until the Defendant is in custody or have been released pending trial.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

/s/ Chris Givens

CHRIS GIVENS
AR Bar # 2009194
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2619
E-mail: Chris.Givens@usdoj.gov

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 04 2015

**ORDER**

JAMES W. McCORMACK, CLERK
By: /s/ Cathy Swanson
DEP CLERK

Pursuant to the above request, the Indictment in this matter shall be sealed until the Defendant is in custody or has appeared and been released pending trial.

February 4, 2015
DATE

/s/ J. Thomas Ray
UNITED STATE MAGISTRATE JUDGE